## McCoy v. Commonwealth.

(Decided March 4, 1927.)

### Appeal from Pike Circuit Court.

F. M. BURKE for appellant.

FRANK E. DAUGHERTY, Attorney General, and MOORMAN DITTO, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Reversing.

The appellant was convicted of the offense of the unlawful possession of liquor, being tried in his absence. He has appealed.

It is impossible to distinguish this case in its essential facts from that of Wallen v. Commonwealth, 204 Ky. 612, 264 S. W. 1106, and on the authority of that case the judgment of the lower court herein is reversed, with instructions to grant the appellant a new trial herein.